In the Matter of the Claim of LOSSIE ROWE et al., Appellants, v. FIREPROOF CORP. OF AMERICA et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.